UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
:   21 MC 97 (AKH)
:   This document relates to:
IN RE SEPTEMBER 11 LITIGATION   :
:   All Cases
:
------------------------------------------------X

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties and their representatives hereto, that defendant MIDWEST AIRLINES, formally known as MIDWEST EXPRESS AIRLINES, is hereby dismissed without prejudice and without cost to either party as against the other in the following individual action consolidated in the: In re September 11 Litigation (21 MC 97):

1. Feller v. AMR Corporation et al; 04 CV 09627

Plaintiff specifically reserves the right to recommence this action if the statements in the affidavit of Carol N. Skornicka, submitted on behalf of Midwest Airlines, are proven untrue.

Dated: New York, New York
March 21, 2007

_____
Ms. Fern Feller
315 East 21st Street #3A
New York, New York 10010
(212) 228-9521
*Pro Se* Plaintiff

_____
Robert J. Brown, Esq.
BROWN GAVALAS & FROMM LLP
355 Lexington Avenue
New York, New York 10017
(212) 983-8500
Attorneys for Defendant
MIDWEST AIRLINES

SO ORDERED: 3-28-07

_____
Alvin K. Hellerstein
United States District Judge