UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE SEPTEMBER 11 LITIGATION
21 MC 97 (AKH)
------------------------------------------------------------x
ANN WILSON, as Administrator of the Estate of
SIGRID C. WISWE, Deceased and on behalf of all
survivors of SIGRID C. WISWE,

                Plaintiff,

v.

AMERICAN AIRLINES, INC., et al.,

                Defendants.
------------------------------------------------------------x

03 CV 6968 (AKH)

STIPULATION AND
ORDER OF DISMISSAL
WITH PREJUDICE



90
7/23/07

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that plaintiff Ann Wilson, as Administrator of the Estate of Sigrid C. Wiswe, deceased and on behalf of all survivors of Sigrid C. Wiswe, voluntarily dismisses the above-captioned action as against defendant World Trade Center Properties LLC only, with prejudice, and the same hereby is dismissed with prejudice, without cost to either party as against the other. Plaintiff's claims against all other defendants are not dismissed and are unaffected by this dismissal.

Dated: July 13, 2007
       New York, New York

AZRAEL GANN & FRANZ
Attorneys for Plaintiff Ann Wilson,
as Administrator of the Estate of SIGRID C.
WISWE, Deceased and on behalf of all
survivors of SIGRID C. WISWE

By: _____
    Judson H. Lipowitz, Esq.
101 East Chesapeake Avenue
Baltimore, Maryland 21286
(410) 821-6800

FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP
Attorneys for Defendant World Trade Center
Properties LLC

By: _____
    Jason T. Cohen, Esq. (JC-0530)
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

SO ORDERED: 7-20-07

_____
Alvin K. Hellerstein
United States District Judge

MICROFILM  JUL 27 2007