UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SEPTEMBER 11, 2001 LITIGATION

21 MC 97 (AKH)

This Document Relates to:
03-CV-6968
Ann Wilson v. AMR Corp., et al.

## NOTICE ADOPTING MASTER ANSWER OF DEFENDANT COLGAN AIR, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 11 MASTER LIABILITY COMPLAINT

PLEASE TAKE NOTICE that defendant Colgan Air, Inc. hereby adopts its Master Answer to the Plaintiffs' Fourth Amended Flight 11 Master Liability Complaint ("Complaint") in the above captioned matter.

WHEREFORE, the defendant Colgan Air, Inc. respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursement and such other relief as the Court deems just and proper or, if such relief not be granted, then that its liability be limited or reduced as prayed.

CONNELL FOLEY LLP
888 Seventh Avenue, Suite 3401
New York, New York 10106
(212) 262-2390
Attorneys for Defendant, Colgan Air, Inc.

By: _____
JEFFREY W. MORYAN (JM 5681)
JONATHAN P. MCHENRY (JM 8082)

Dated: New York, New York
       November 13, 2007

1888601-02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :     21 MC 97 (AKH)
IN RE SEPTEMBER 11, 2001 LITIGATION                         :
                                                            :
                                                            :
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    :
                       SS.
COUNTY OF ESSEX        :

I, Debbie Kucharski, hereby certify that on November 13, 2007, copies of Notices Adopting Master Answer of Defendant Colgan Air, Inc. to Plaintiffs' Fourth Amended Flight 11 Master Liability Complaint in the following matters:

1. James C. Cahill v. AMR Corp., et al. – 04-CV-7291;
2. Patricia A. Keating v. AMR Corp., et al. – 02-CV-7156;
3. Gary Michael Low, et al. v. AMR Corp., et al. – 03-CV-7040;
4. Claire Miller v. AMR Corp., et al. – 02-CV-3676;
5. Harry Ong, Jr. v. AMR Corp., et al. – 02-CV-7289; and
6. Ann Wilson v. AMR Corp., et al. – 03-CV-6968.

were served via electronic mail, pursuant to the Court's March 10, 2005 Order, upon the following:

**PI/WD Plaintiffs' Liaison Counsel**

Marc S. Moller, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, New York 10017-5590

**PD/BL Plaintiffs' Liaison Counsel**

Robert A. Clifford, Esq.
CLIFFORD LAW OFFICES
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602

**Aviation Defendants' Liaison Counsel**

Desmond T. Barry, Esq.
Condon & Forsyth LLP
7 Times Square, 18th Floor
New York, New York

**Ground Defendants' Liaison Counsel**

Richard Williamson, Esq.
Flemming, Zulack, Williamson, Zauderer LLP
One Liberty Plaza
New York, New York 10006

1888607-01

| | |
|---|---|
| **7 WTC Ground Defendants' Liaison Counsel** | **Counsel for Transportation Security Administration, Intervenor** |
| Beth D. Jacob, Esq.<br>Schiff Hardin LLP<br>900 Third Avenue<br>New York, New York 10022 | Beth Goldman, Esq.<br>Sarah S. Normand, Esq.<br>United States Department of Justice<br>United States Attorney, Southern District of New York<br>86 Chambers Street<br>New York, New York 10007 |

    I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Debbie Kucharski*
Debbie Kucharski

Sworn and subscribed to before me
on this 13th day of November, 2007.

_____
Notary Public

VERONICA SPEAKS
A Notary Public of New Jersey
My Commission Expires 3/2/2011

1888607-01