UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
:
:
IN RE SEPTEMBER 11 LITIGATION    :    Civil Action No. 21 MC 97(AKH)
:
:    This Document Relates to:
:    03 CV 6968
:    <u>Ann Wilson o/b/o Sigrid C. Wiswe</u>
------------------------------------x

### <u>NOTICE ADOPTING MASSACHUSETTS PORT AUTHORITY'S MASTER ANSWER TO PLAINTIFFS' FOURTH AMENDED FLIGHT 11 MASTER LIABILITY COMPLAINT</u>

**PLEASE TAKE NOTICE THAT** defendant Massachusetts Port Authority ("Massport") hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 11 Master Liability Complaint as its Answer in the above-captioned action.

WHEREFORE, Massport hereby requests that judgment be entered dismissing the claims alleged in the above-captioned action with prejudice and awarding Massport its costs and fees, including reasonable attorneys' fees, and such other and further relief as the Court deems just and proper.

Dated: New York, New York
       November 13, 2007

                                    Respectfully submitted,

                                    O'MELVENY & MYERS LLP

                                    By: /s/ W. Mark Wood
                                    W. Mark Wood (admitted *pro hac vice*)
                                    Times Square Tower
                                    7 Times Square
                                    New York, NY 10036
                                    (212) 326-2000

Christopher D. Moore (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109-2881
(617) 570-1000
*Attorneys for Massachusetts Port Authority*

TO:  Kenneth P. Nolan
SPEISER KRAUSE NOLAN & GRANITO
Two Grand Central Tower
140 East 45th Street
New York, NY 10017
(212) 661-0011
*Counsel for Plaintiff Ann Wilson*

Keith S. Franz
Judson H. Lipowitz
AZRAEL GANN & FRANZ, LLP
101 East Chesapeake Avenue, Fifth Floor
Baltimore, Maryland 21286
(410) 821-6800
*Counsel for Plaintiff Ann Wilson*

Marc S. Moller
KREINDLER & KREINDLER
100 Park Avenue
New York, New York 10017
(212) 687-8181
*PI/WD Plaintiffs' Liaison Counsel*

Donald A. Migliori, Esq.
MOTLEY RICE LLC
Post Office Box 6067
Providence, Rhode Island 02940
(401) 457-7700
*PI/WD Plaintiffs' Liaison Counsel*

Robert A. Clifford, Esq.
CLIFFORD LAW OFFICES
120 North LaSalle Street
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*

2

Desmond T. Barry, Jr., Esq.
CONDON & FORSYTH LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 894-6770
*Aviation Defendants' Liaison Counsel*

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
(212) 412-9500
*Ground Defendants' Liaison Counsel*

Beth D. Jacob, Esq.
SCHIFF HARDIN LLP
900 Third Avenue
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*

All Defense Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
:
:
IN RE SEPTEMBER 11 LITIGATION     :     Civil Action No. 21 MC 97(AKH)
:
:     This Document Relates to:
:     03 CV 6968
:     Ann Wilson o/b/o Sigrid C. Wiswe
------------------------------------x

## CERTIFICATE OF SERVICE

I, Luke Sosnicki, hereby certify that on November 13, 2007, I caused a true and correct copy of the NOTICE ADOPTING MASSACHUSETTS PORT AUTHORITY'S MASTER ANSWER TO PLAINTIFFS' FOURTH AMENDED FLIGHT 11 MASTER LIABILITY COMPLAINT to be served on the parties identified in the attached Service List.

_____
Luke Sosnicki

<u>SERVICE LIST</u>

<u>VIA U.S. MAIL AND ELECTRONIC MAIL</u>

Kenneth P. Nolan
SPEISER KRAUSE NOLAN & GRANITO
Two Grand Central Tower
140 East 45th Street
New York, NY 10017
(212) 661-0011
*Counsel for Plaintiff Ann Wilson*

Keith S. Franz
Judson H. Lipowitz
101 East Chesapeake Avenue, Fifth Floor
Baltimore, Maryland 21286
(410) 821-6800
*Counsel for Plaintiff Ann Wilson*