UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :    21 MC 97 (AKH)
IN RE: SEPTEMBER 11 LITIGATION                              :
                                                            :    This Document Relates To:
                                                            :    03-CV-6968 (AKH)
                                                            :    Plaintiff: Ann Wilson
                                                            :
------------------------------------------------------------x

## NOTICE ADOPTING MASTER ANSWER OF DEFENDANT ICTS INTERNATIONAL, N.V

PLEASE TAKE NOTICE THAT defendant ICTS International, N.V. ("ICTS") hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 11 Master Complaint Against the Airlines and Security Companies (a copy of which is attached) as its Answer to the Complaint in the above-referenced matter. ICTS hereby denies all allegations not specifically and expressly admitted in its Amended Master Answer.

WHEREFORE, ICTS respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as to the Court seems just and proper or, if such relief not be granted, then that ICTS' liability be limited or reduced as requested.

Dated:    New York, New York
          November 13, 2007                McLaughlin & Stern, LLP

                                           By_____
                                             (Jon Paul Robbins #8517)
                                           Attorneys for Defendant
                                           ICTS International, N.V.
                                           260 Madison Avenue
                                           New York, New York 10016
                                           (212) 448-1100

To:

Keith S. Franz, Esq.
Azrael Gann & Franz LLP
101 East Chesapeake Avenue, 5th Floor
Baltimore, Maryland 21286
410- 821-6800
Kenneth P. Nolan, Esq.
Speiser Krause Nolan & Granito
Two Grand Central Tower
140 East 42nd Street
New York, New York 10017
212-661-0011
Attorneys for Ann Wilson

PI/WD Plaintiffs' Liaison Counsel
PD/BL Plaintiffs' Liaison Counsel
Aviation Defendants' Liaison Counsel
Ground Defendants' Liaison Counsel
7 WTC Ground Defendants' Liaison Counsel
United States Attorneys Office
All Aviation Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                              :   21 MC 97 (AKH)
IN RE: SEPTEMBER 11 LITIGATION                :
                                              :   This Document Relates To:
                                              :   03-CV-6968 (AKH)
                                              :   Plaintiff: Ann Wilson
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Jon Paul Robbins hereby declares under penalty of perjury that on November 13, 2007 I served the within Notice of Adoption of Answer of Defendant ICTS International, N.V. to the fourth amended Master Flight 175 complaint on the following counsel by e-mailing a copy of said document in accordance with the Court's March 10, 2005 Order:

Keith S. Franz, Esq.–Counsel for plaintiff Ann Wilson
Kenneth P. Nolan, Esq.–Counsel for plaintiff Ann Wilson
Marc S. Moller, Esq. and Brian J. Alexander, Esq.– Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
Donald A. Migliori, Esq.– Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
Robert A. Clifford, Esq. and Timothy S. Tomasik, Esq. - Property Damage and Business Loss Plaintiffs' Liaison Counsel
Desmond T. Barry, Esq. - Aviation Defendants' Liaison Counsel

Richard A. Williamson, Esq. and M. Bradford Stein, Esq.- Ground Defendants' Liaison Counsel

Beth Jacob, Esq. - 7 WTC Ground Defendants' Liaison Counsel

Beth Goldman, Esq. - United States Attorneys' Office and

All Aviation Defendants

Dated: November 13, 2007

_____
Jon Paul Robbins