UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
IN RE: SEPTEMBER 11, 2001 LITIGATION       :   21 MC 97 (AKH)
                                           :
                                           :   This Document Relates to:
                                           :   03-CV-6968
                                           :   Wilson v. AMR Corp., et al.
-----------------------------------------------------------------x

## NOTICE ADOPTING MASTER ANSWER OF DEFENDANT US AIRWAYS, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 11 MASTER LIABILITY COMPLAINT

PLEASE TAKE NOTICE that defendant US Airways, Inc. (hereinafter "US Airways") hereby adopts its Master Answer to the Plaintiffs' Fourth Amended Flight 11 Master Liability Complaint as its Answer to the Complaint in the above-captioned matter.

WHEREFORE, US Airways respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements and such other relief as the Court deems just and proper or, if such relief not be granted, then that its liability be limited or reduced as prayed.

Dated: November 13, 2007

US AIRWAYS, INC.

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS &
CONROY, P.C.

/s/ Richard P. Campbell
Richard P. Campbell (RC 9599)
Kurt B. Gerstner (KG 7862)
Kathleen M. Guilfoyle (KG 6984)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

TO: Keith S. Franz, Esquire
AZRAEL GANN & FRANZ LLP
101 East Chesapeake Ave., 5th Floor
Baltimore, Maryland 21286
(410) 821-6800

Kenneth P. Nolan, Esquire
SPEISER KRAUSE NOLAN & GRANITO
Two Grand Central Tower
140 East 45th Street, 34th Floor
New York, New York 10017
(212) 661-0011

Attorneys for Plaintiff
ANN WILSON

PD/BL PLAINTIFFS' LIAISON COUNSEL
PI/WD PLAINTIFFS' LIAISON COUNSEL
GROUND DEFENDANTS' LIAISION COUNSEL
7 WTC GROUND DEFENDANTS' LIAISON COUNSEL
ALL AVIATION DEFENDANTS
US ATTORNEY'S OFFICE