UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                                Civ. Action No. 21 MC 97 (AKH)

IN RE SEPTEMBER 11TH LITIGATION    This Document Relates to:

                                                03 CV 6968
                                                Wilson, et. al. v. American
                                                Airlines, Inc., et al.
----------------------------------x

## NOTICE OF ADOPTION

    **PLEASE TAKE NOTICE THAT** Defendant **GLOBE AVIATION SERVICES CORPORATION** hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 11 Master Liability Complaint as its Answer to the Complaint in the above-captioned action.

Dated:    New York, New York
            November 13, 2007

                                    JONES HIRSCH CONNORS & BULL P.C.

                        By:   _____
                                    James P. Connors, Esq. (C-5421)
                                    Attorneys for Defendant **GLOBE AVIATION SERVICES CORPORATION**
                                    1 Battery Park Plaza
                                    New York, New York 10004
                                    (212) 527-1000

                                         and

                                    **LOCKE LORD BISSELL & LIDDELL LLP**
                                    Gary Westerberg, Esq.
                                    111 South Wacker Drive
                                    Chicago, IL 60606-4410
                                    (312) 443-0700

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**PEARLENE MARTELL**, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On the 13th day of November 2007, deponent served the within **NOTICE OF ADOPTION** upon:

1. Keith S. Franz, Esq. - Counsel for Plaintiff Ann Wilson;
2. Kenneth P. Nolan, Esq - Counsel for Plaintiff Ann Wilson;
3. Marc S. Moller, Esq. and Brian J. Alexander, Esq. - Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
4. Donald A. Migliori, Esq. - Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
5. Robert A. Clifford, Esq. and Timothy S. Tomasik, Esq. - Property Damage and Business Loss Plaintiffs' Liaison Counsel;
6. Richard Williamson, Esq. and M. Bradford Stein, Esq. - Ground Defendants' Liaison Counsel;
7. Beth Jacob, Esq. - WTC 7 Ground Defendants' Liaison Counsel;
8. Desmond T. Barry, Jr., Esq., Aviation Defendants Liaison Counsel
8. Beth Goldman, Esq. - U.S. Attorneys' Office; and
9. All Aviation Defendants

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

_____
PEARLENE MARTELL

Sworn to before me this
13th day of November, 2007

_____
Notary Public

DEBORAH A. DERENZIS
Notary Public, State of New York
No. 01DE6089503
Qualified in Richmond County
Commission Expires March 24, 20__11__

591824.1