UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :   21 MC 97 (AKH)
                                                              :
IN RE SEPTEMBER 11 LITIGATION                                 :   This Document Relates to:
                                                              :   03-cv-06968-AKH
                                                              :   <u>Wilson, et al v. American Airlines, et</u>
                                                              :   <u>al</u>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      Eloisa Ball, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Los Angeles, CA, and that on the 13th day of November 2007, deponent served the within **NOTICE ADOPTING MASTER ANSWER OF HUNTLEIGH USA, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 11 MASTER LIABILITY COMPLAINT** upon the parties listed below:

| | |
|---|---|
| All Liaison Counsel<br>    Via E-mail | dbarry@condonlaw.com; mmoller@kreindler.com; balexander@kreindler.com;dmigliori@motleyrice.com; rac@cliffordlaw.com; tst@cliffordlaw.com; rwilliamson@fzwz.com; bstein@fzwz.com; bjacob@schiffhardin.com; beth.goldman@usdoj.gov; sarah.normand@usdoj.gov;jeannette.vargas@usdoj.gov |
| All Individual PI/WD Plaintiffs' Counsel<br>    Via E-mail | mschiavo@motleyrice.com;   rjt@tolchinlaw.com; dmigliori@motleyrice.com; kfm@mccalliomlaw.com; FFleming@kreindler.com; kpn@ny.speiserkrause.com; jazrael@agflaw.com;   mmoller@kreindler.com; JGreen@kreindler.com;   Susum47@hotmail.com; BAlexander@kreindler.com;   dellandlittle@juno.com; kfranz@agflaw.com |

805694v1/005989

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

_____
Eloisa Ball

Sworn to before me this
13th day of November, 2007

_____
Notary Public

> HELEN DANIELSON
> Commission # 1453127
> Notary Public - California
> Los Angeles County
> My Comm. Expires Nov 24, 2007

805694v1/005989