UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X

ANN WILSON, as Administrator of the Estate of
SIGRID C. WISWE, Deceased, and on behalf of all
survivors of SIGRID C. WISWE

     Plaintiff,

v.

AMERICAN AIRLINES, INC., et al.

     Defendants.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ X

Civil Action
03 CV 6968 (AKH)

## LINE

     Plaintiff, by AZRAEL, GANN + FRANZ, LLP, counsel in the above-captioned case for the Estate of Sigrid C. Wiswe, Deceased, and on behalf of all survivors of Sigrid C. Wiswe, files this Line attaching a proposed Order Granting Plaintiff's Motion to Substitute Victor M. Turcios in place of Ann Wilson, as the administrator for the estate of Sigrid C. Wiswe.

     Respectfully submitted,

_____/s/_____
Jonathan A. Azrael
**AZRAEL, GANN & FRANZ, LLP**
101 East Chesapeake Avenue
Fifth Floor
Baltimore, Maryland  21286
(410) 821-6800
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

ANN WILSON, as Administrator of the Estate of
SIGRID C. WISWE, Deceased, and on behalf of all
survivors of SIGRID C. WISWE

     Plaintiff,

v.

AMERICAN AIRLINES, INC., et al.

     Defendants.

Civil Action
03 CV 6968 (AKH)

------------------------------X

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

Upon consideration of Plaintiff's Motion to substitute Victor M. Turcios in place of Ann Wilson, as the administrator for the Estate of Sigrid C. Wiswe, as the named plaintiff in the above-captioned action, and the July 8, 2005 Letters of Administration De Bonis Non attached thereto, it is by the United States District Court for the Southern District of New York hereby,

ORDERED, that the Consent Motion to substitute Victor M. Turcios in place of Ann Wilson, as the administrator for the estate of Sigrid C. Wiswe is GRANTED; and it is further,

ORDERED, that the clerk shall amend the caption of this case to reflect that Victor M. Turcios, is the substitute Administrator of the estate of Sigrid C. Wiswe, replacing Ann Wilson as the Plaintiff.