UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                          :
                                          :   Civil Nos.
IN RE SEPTEMBER 11  LITIGATION          :   21 MC 97 (AKH)
                                          :   21 MC 101 (AKH)
         - and -                    :
                                          :   This Notice relates to:
IN RE SEPTEMBER 11 PROPERTY DAMAGE AND    :   03 CV 6968 (AKH)
BUSINESS LOSS LITIGATION              :   VICTOR M. TURCIOS v.
                                          :   AMERICAN AIRLINES, INC.,
                                          :   et al.
                                          :
                                          :   **NOTICE OF MOTION**
------------------------------------------------------------------ X

      PLEASE TAKE NOTICE that defendants American Airlines, Inc., AMR Corporation

and Globe Aviation Services Corporation, will move this Court upon the accompanying

declaration and memorandum of law, at a date and time to be set by the Court, at the United

States Courthouse, 500 Pearl Street, New York, New York, for an Order: (1) approving the

agreement entered into by plaintiff Victor M. Turcios and certain defendants, dated January 14,

2008, settling the claims asserted against the Settling Defendants[1] in *Turcios v. American*

---

[1] The Settling Defendants consist of: Aeroflot; Air Canada; Air France; Air Jamaica; Air Transport Association of America, Inc.; Airtran Airlines; Alaska Airlines, Inc.; America West Airlines, Inc.; American Airlines, Inc.; American Eagles Airlines, Inc.; American Trans Air, Inc.; AMR Corporation; ANA; Argenbright Security, Inc.; ATA Airlines, Inc.; Atlantic Coast Airlines, Inc.; Austrian Airlines; Barkshire, Inc.; British Airways; British Midland Airways, Ltd; Burns International Security Services Corp.; Burns International Services Corp.; BWIA International Airways; Cape Air; City of Portland, Maine; Colgan Air, Inc.; Continental Airlines, Inc.; Delta Air Lines Inc.; Delta Express; Ethiopian Airlines S.C.; Frontier Airlines, Inc.; Globe Aviation Services Corporation; Globe Airport Security Services, Inc.; Heimann Systems Corp.; Huntleigh Aviation Services Corporation; Huntleigh USA Corp.; ICTS International NV; Invision Technologies, Inc.; Jetblue; KLM; Korean Airlines; L-3 Communications Crproration; L-3 Communications Corporation Security and Detection Systems; L-3 Communications Holdings, Inc.; Lufthansa; Massachusetts Port Authority; Metropolitan Washington Airport Authority; Midwest Express Airlines; National Airlines; Northwest Airlines; Pan American Airways; Pinkerton's, Inc.; Port Authority of New York a& New Jersey; Port Authority Trans-Hudson Corporation; Qantas Airways Limited; Quantum Magnetics, Inc.; Saudi Arabian Airlines; Scandinavian Airlines System, SAS; Securicor PLC; Securitas AB; Swiss; Swissair Transport Company; TACA International Airlines; TEM Enterprises d/b/a Casino Express; Te Boeing Company; UAL Corporation; United Air Lines, Inc; US Airways, Inc; Virgin Atlantic Airways Ltd; World Trade Center Properties LLC; 1 World Trade Center LLC; 2 World Trade Center LLC; 4 World Trade

*Airlines, Inc., et al.,* 03 Civ. 6968 (AKH), (the "Settlement"); (2) entering final judgment

pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; (3) ruling that the liability

limitation contained in section 408(a)(1) of the Air Transportation Safety and System

Stabilization Act applies to the Settlement amount; and (4) dismissing the Complaint in *Turcios*

*v. American Airlines, Inc., et al.,* 03 Civ. 6968 (AKH), with prejudice as to the Settling

Defendants.

Dated: New York, New York
        January 23, 2008

Respectfully submitted,

CONDON & FORSYTH LLP

By:_____
    Desmond T. Barry, Jr. (DB 8066)
    Times Square Tower
    7 Times Square
    New York, New York  10036
    Tel.: (212)490-9100
    Fax: (212)370-4483

-and-

DEBEVOISE & PLIMPTON LLP
Roger E. Podesta
Maura K. Monaghan
919 Third Avenue
New York, New York  10022
Tel.: (212)909-6000
Fax: (212)909-6836

Attorneys for Defendants
AMERICAN AIRLINES, INC. and
AMR CORPORATION

---

Center LLC; 5 World Trade Center LLC a/k/a 3 World Trade Center LLC; 7 World Trade Company, L.P.; and
WTC Retail LLC.

JONES, HIRSCH, CONNORS & BULL P.C.

By: _____
James P. Connors (JC 5421)
One Battery Park Plaza
New York, New York 10004
Tel.: (212)527-1000
Fax: (212)527-1680

-and-


KELLY, LIBBY & HOOPES, P.C.
Douglas S. Brooks
175 Federal Street
Boston, Massachusetts  02110
Tel.: (617)338-9300
Fax: (617)338-9911

-and-

LOCKE, LORD, BISSELL & LIDDELL LLP
Gary W. Westerberg
111 South Wacker Drive
Chicago, Illinois  60606
Tel.: (312)443-0700
Fax: (312)443-0336


Attorneys for Defendant
GLOBE AVIATION SERVICES
CORPORATION