UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
:
:  **ORDER REGARDING SETTLEMENT**
IN RE SEPTEMBER 11 LITIGATION    :
:  21 MC 101 (formerly 21 MC 97) (AKH)
:
:  THIS DOCUMENT RELATES TO:
:  03 Civ. 6968 (AKH)
:  VICTOR M. TURCIOS v. AMR CORP., et al.
:
------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On February 11, 2008, I signed an Order of Final Judgment approving a settlement in <u>Turcios v. AMR Corporation, et al.</u>, 03 Civ. 6968. At the time that I signed the order, I believed that the order closed the case in its entirety. However, on September 2, 2008, I received a second proposed Order of Final Judgment, purporting to settle the action against a separate set of defendants.

      This Court is not in the practice of approving settlements piecemeal. Counsel for plaintiff is required to show, by September 19, 2008, if any claims remain outstanding against nonsettling defendants, and justify to the Court's satisfaction why the Court should approve a second Order of Final Judgment.

      SO ORDERED.

Date:    September 3, 2008
          New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/08

1